**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| KENNETH BROWN, | ) | NO. CV 10-7810-R(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| JAMES HARTLEY, Warden ASP, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: March 9, 2011.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE